UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMARI NATHANIEL FLORIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:26-cv-00210-SNLJ |
| | ) | |
| GABRIEL PORTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion for leave to proceed *in forma pauperis* ("IFP motion") [Doc. 2], which is governed by 28 U.S.C. § 1915. A prisoner bringing a civil action *in forma pauperis* must pay the full filing fee. 28 U.S.C. § 1915(b)(1). If the prisoner has insufficient funds to pay the entire fee, the district court must assess an initial partial filing fee of 20 percent of the greater of the average monthly deposits to the prisoner's account or the average monthly balance in the prisoner's account for the prior six-month period. *Id.* "After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account." 28 U.S.C. § 1915(b)(2). "[T]he agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of court each time the amount in the account exceeds $10 until the filing fee is fully paid." *Id.*

Plaintiff submitted a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint [Doc. 5]. A review of

plaintiff's account shows an average monthly balance of $201.37 and an average monthly deposit of $122.50. The Court finds that plaintiff lacks sufficient funds to pay the full filing fee and assesses an initial partial filing fee of $40.27, equal to 20 percent of plaintiff's average monthly balance.

After the initial partial filing fee is received, the Court will conduct a merit review of plaintiff's complaint as required by 28 U.S.C. § 1915A. As part of the merit review, any portion of the complaint that is frivolous, malicious, fails to state a claim for relief, or seeks money damages from an immune defendant must be dismissed. 28 U.S.C. § 1915A(b). Until the merit review is completed, no other action will be taken in this case, absent extraordinary circumstances. Plaintiff's motion for appointment of counsel will be considered at the time of the merit review.

Plaintiff is informed that Local Rule 4.04A requires that any communication directed to the Court be in the form of a motion or other pleading and not a letter. All mail to the Court should be addressed as follows: U.S. District Court, Attn: Clerk's Office, 555 Independence Street, Cape Girardeau, Missouri 63703. Further, plaintiff is advised that he must notify the Court within fourteen days of any change of address by filing a Notice of Change of Address. Failure to do so could result in the dismissal of the case.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff must pay an initial partial filing fee

of $40.27 within thirty (30) days of the date of this order. The agency having custody of plaintiff is directed to forward the initial partial filing fee from plaintiff's account to the Clerk of Court upon receipt of this Order. The check shall be made payable to "Clerk, United States District Court," and include upon it: (1) plaintiff's name; (2) his prison registration number; and (3) the case number.

**IT IS HEREBY ORDERED** that the Clerk of Court is **DIRECTED** to send a copy of this Order to plaintiff and the Trust Fund Officer (or institutional equivalent) at Southeast Correctional Center.

**SO ORDERED** this 13th day of October, 2026.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE